# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-18-00350-CV

**In re John M. Sigman**

**T. Y. J., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-16-005029, THE HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of T. Y. J. The subject of this proceeding is John M. Sigman, appellant's attorney.

Appellant filed her notice of appeal on May 17, 2018, and her brief was due July 16, 2018. On July 23, 2018 we ordered counsel to file appellant's brief no later than August 3, 2018. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that John M. Sigman shall appear in person before this Court on **Wednesday, August 15, 2018, at 2:00 p.m.**, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and have

sanctions imposed for his failure to obey our July 23, 2018 order. This order to show cause will be withdrawn and Sigman will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief **on or before August 13, 2018.**

It is ordered on August 7, 2018.

Before Justices Puryear, Goodwin, and Bourland